UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHENIE ROBERTSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF NICARAGUA, THE, et al.,<br><br>Defendants. | Case No. 17-cv-00852-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 1 |

Plaintiff Josephine E. Robertson's purports to bring this case for herself and on behalf of seven other named plaintiffs, although none of the putative named plaintiffs has signed the complaint. ECF No. 1 at 1, 10-11. The same complaint states that Plaintiffs bring "this Class Action Complaint against Defendants the Republic of Nicaragua, Daniel Ortega, and the Sandinista Party . . . on behalf of all the Miskitu peoples." ECF No. 1 at 2. Plaintiff Robertson is not represented by an attorney, however, and is not an attorney herself. Id. at 25.

"*Pro se* plaintiffs are not adequate class representatives able to fairly represent and adequately protect the interests of [a] class." Blake v. Cty. of Santa Clara, No. 16-CV-01279-HSG, 2016 WL 4073339, at *3 (N.D. Cal. Aug. 1, 2016) (citing Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975); Simon v. Hartford Life, Inc., 546 F.3d 661, 664-65 (9th Cir. 2008)). "[A] litigant appearing in propria persona has no authority to represent anyone other than [herself]." Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962).

Plaintiff may not maintain a purported class action, or bring claims on behalf of the other seven named plaintiffs, unrepresented. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the Court should not dismiss all claims except her individual claim on her own behalf. A hearing on this Order to Show Cause is set for June 22, 2017 at 2:00 p.m. to coincide with the

pending motion to dismiss. Plaintiff's written response is due by June 8, 2017.

IT IS SO ORDERED.

Dated: May 24, 2017

_____
JON S. TIGAR
United States District Judge