UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHENIE ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF NICARAGUA, THE, et al.,<br><br>Defendants. | Case No. 3:17-cv-00852-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 92 |

Pursuant to the Order Granting Motion to Dismiss, Denying Motion for Sanctions, and Denying Motion "For Judicial Clarification" signed October 6, 2017, Judgment is hereby entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 6, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR